HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AZRA RAHIM,

    Plaintiff,

    v.

PROVIDENCE HEALTH AND SERVICES,

    Defendant.

CASE NO. C13-1499RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

In light of Defendant's response (Dkt. # 55) to the court's July 23 order (Dkt. # 52), the court will defer consideration of Plaintiff's challenge to the constitutionality of the exemption of not-for-profit religious organizations from the Washington Law Against Discrimination. The court will address the constitutional question, if necessary, following the disposition of Plaintiff's Title VII claims.

The clerk shall TERMINATE Plaintiff's summary judgment motion addressing the constitutional question. Dkt. # 32. The court will recalendar that motion if necessary.

Dated this 5th day of August, 2014.

WILLIAM M. MCCOOL
Clerk

s/Victoria Ericksen
Deputy Clerk

MINUTE ORDER – 1